UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

TYRIEK FORTUNE,

                              Plaintiff,

        -against-

THE CITY OF NEW YORK, POLICE OFFICER
WILLIAM SCHUMACHER (Shield # 04618) and
POLICE OFFICER SCOTT SMATH (Shield # 2019),

                              Defendants.
-------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12 CV 4225 (JBW)(SMG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 28 2013 ★
BROOKLYN OFFICE

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

LAW OFFICES OF WALE MOSAKU, P.C.
*Attorneys for Plaintiff*
25 Bond Street
3rd Floor
New York, New York 11201

By: _____
Wale Mosaku
*Attorney for Plaintiff*

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-190
New York, New York 10007

By: _____
Carolyn K. Depoian
*Assistant Corporation Counsel*

Close the case
SO ORDERED:

_____
HON. JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
          _____, 2013